## STATE OF CONNECTICUT *v.* CHARLES F.

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 798 (AC 31821), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Carlos E. Candal*, assigned counsel, in support of the petition.

*Sarah Hanna*, assistant state's attorney, in opposition.

Decided December 1, 2011

## STATE OF CONNECTICUT *v.* ALFRED REA

The defendant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 903 (AC 31867), is denied.

*Heather Margaret Wood*, assistant public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided December 1, 2011

## RICHARD BUEHLER *v.* LILACH BUEHLER

The plaintiff's petition for certification for appeal from the Appellate Court (AC 33356A01) is denied.

*Campbell D. Barrett* and *Jon T. Kukucka*, in support of the petition.

*Charles W. Fleischmann*, in opposition.

Decided December 1, 2011